MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CABN 242828)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California, 94102-3495
   Telephone: 415-436-6598
   Facsimile:  415-436-7234
   E-Mail: arvon.perteet@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 12-3839 DMR |
| Plaintiff, | **STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF PROCEEDINGS PURSUANT TO 18 U.S.C. §§ 981(g)(1) AND (2)** |
| v. | |
| $30,064.94 IN FUNDS SEIZED FROM ACCT # XXXXX08318; $8,298.00 IN FUNDS SEIZED FROM ACCT # XXXXX21933; $854.53 IN FUNDS SEIZED FROM ACCT # XXXXX60403, ALL FROM BANK OF AMERICA, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA and Claimant COAST EXPORTS, INC., through their respective counsel, that this matter be stayed pursuant to 18 U.S.C. § 981(g).

    2. There exists a related federal criminal investigation regarding the principals of the claimant, COAST EXPORTS, INC. Many of the issues and the targets in that investigation are related to this forfeiture proceeding.

//

STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF
PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(g)
[No. CV 12-3839 DMR]       1

3. If this case were to proceed, target's Fifth Amendment rights against self-incrimination will be burdened in the related criminal case.

4. The provision of 18 U.S.C. § 981(g)(1), provides that "Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation. Here, the parties have a agreed that both the Government and the Claimant's principal officers would be adversely affected if the civil case were to proceed. The Government's criminal investigation would be adversely affected by allowing the claimant to take discovery in this matter and allow them to question the Government's witnesses about the ongoing criminal investigation and the Government may be forced to disclose matters prior to the time it would normally have to do so within the confines of a criminal case.

5. The provisions of 18 U.S.C. § 981(g)(2), related to stays of civil forfeiture proceedings, provide that "[u]pon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that (A) the claimant's principal officer is the subject of a related criminal investigation or case; (B) the claimant's principal officers on behalf of COAST EXPORTS, Inc., appear to have standing to assert a claim in the civil forfeiture proceeding; and (C) continuation of the forfeiture proceeding will burden the right of the claimant's officers against self-incrimination in the related criminal investigation or case.

6. Pursuant to the above representations, and the provisions of 18 U.S.C. §§ 981(g)(1) and (2), the parties hereby stipulate and agree to stay this civil forfeiture proceeding until the completion of the criminal investigation, or until such earlier time as either party, or this Court, may request that the matter be heard.

//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF
PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(g)
[No. CV 12-3839 DMR]                         2

7. The government has executed a federal search warrant at two locations associated with the target's residence and the Claimant's business location. The government is still reviewing the evidence seized from both locations and analyzing the numerous files from the computers.

8. The parties further stipulate and agree that they request this Court continue this matter for 90 days and set a further status report on August 21, 2013.

IT IS SO STIPULATED:

Dated: May 22, 2013         MELINDA HAAG
                            United States Attorney

                             /S/  *Arvon J. Perteet*
                            ARVON J. PERTEET
                            Assistant United States Attorney
                            Attorney for the United States of America


Dated: May 22, 2013          /S/  *Gerard Lam*
                            GERARD LAM
                            Attorney for Claimant
                            COAST EXPORTS, INC.

## ORDER

IT IS SO ORDERED on this ____4: _____ day of _____Oc{_____, 2013 pursuant to the foregoing stipulation, that the this civil forfeiture proceeding be stayed until the completion of the criminal proceedings in Mendocino County state court or until such earlier time as either party, or this Court, may request that the matter be heard.

IT IS FURTHER ORDERED that this matter continue for 90 days and is set for further status report on August 21, 2013.

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF
PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(g)
[No. CV 12-3839 DMR]                    3