1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ARVON J. PERTEET (CABN 242828)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California, 94102-3495
      Telephone: 415-436-6598
7     Facsimile:  415-436-7234
      E-Mail: arvon.perteet@usdoj.gov
8
   Attorneys for Plaintiff
9

10            UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,          )    No. CV 12-3839 DMR
14                                     )
          Plaintiff,                   )    **STATUS REPORT AND STIPULATION**
15                                     )    **AND [~~PROPOSED~~] ORDER FOR**
       v.                              )    **FURTHER STAY OF PROCEEDINGS**
16                                     )    **PURSUANT TO 18 U.S.C. §§ 981(g)(1)**
   $30,064.94 IN FUNDS SEIZED FROM     )    **AND (2)**
17 ACCT # XXXXX08318; $8,298.00 IN     )
   FUNDS SEIZED FROM ACCT #            )
18 XXXXX21933; $854.53 IN FUNDS        )
   SEIZED FROM ACCT # XXXXX60403,      )
19 ALL FROM BANK OF AMERICA,           )
                                       )
20        Defendant.                   )
                                       )
21 _____ )

22        IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA

23 and Claimant COAST EXPORTS, INC., through their respective counsel, that this matter be

24 stayed pursuant to 18 U.S.C. § 981(g).

25        2.  There exists a related federal criminal investigation regarding the principals of the

26 claimant, COAST EXPORTS, INC.  Many of the issues and the targets in that investigation are

27 related to this forfeiture proceeding.

28 //

1    3.  If this case were to proceed, target's Fifth Amendment rights against self-incrimination

2    will be burdened in the related criminal case.

3    4. The provision of 18  U.S.C. § 981(g)(1), provides that "Upon the motion of the United

4    States, the court shall stay the civil forfeiture proceeding if the court determines that civil

5    discovery will adversely affect the ability of the Government to conduct a related criminal

6    investigation.  Here, the parties have a agreed that both the Government and the Claimant's

7    principal officers would be adversely affected if the civil case were to proceed.  The

8    Government's criminal investigation would be adversely affected by allowing the claimant to

9    take discovery in this matter and allow them to question the Government's witnesses about the

10   ongoing criminal investigation and the Government may be forced to disclose matters prior to the

11   time it would normally have to do so within the confines of a criminal case.

12   5. The provisions of 18 U.S.C. § 981(g)(2), related to stays of civil forfeiture proceedings,

13   provide that "[u]pon the motion of a claimant, the court shall stay the civil forfeiture proceeding

14   with respect to that claimant if the court determines that (A) the claimant's principal officer is the

15   subject of a related criminal investigation or case; (B) the claimant's principal officers on behalf

16   of COAST EXPORTS, Inc.,  appear to have standing to assert a claim in the civil forfeiture

17   proceeding; and (C) continuation of the forfeiture proceeding will burden the right of the

18   claimant's officers against self-incrimination in the related criminal investigation or case.

19   6.  Pursuant to the above representations, and the provisions of 18 U.S.C. §§ 981(g)(1) and

20   (2), the parties hereby stipulate and agree to stay this civil forfeiture proceeding until the

21   completion of the criminal investigation, or until such earlier time as either party, or this Court,

22   may request that the matter be heard.

23   //

24   //

25   //

26   //

27   //

28   //

STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF
PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(g)
[No. CV 12-3839 DMR]                           2

7.   The government has executed a federal search warrant at two locations associated with the target's residence and the Claimant's business location.  The government is still reviewing the evidence seized from both locations and analyzing the numerous files from the computers.

8.   The parties further stipulate and agree that they request this Court continue this matter for 90 days and set a further status report on August 21, 2013.

IT IS SO STIPULATED:


Dated: May 22, 2013                              MELINDA HAAG
                                                 United States Attorney


                                                  /S/   Arvon J. Perteet
                                                 ARVON J. PERTEET
                                                 Assistant United States Attorney
                                                 Attorney for the United States of America


Dated: May 22, 2013                               /S/   Gerard Lam
                                                 GERARD LAM
                                                 Attorney for Claimant
                                                 COAST EXPORTS, INC.


## ORDER

IT IS SO ORDERED on this ____4: _____ day of _____O c{_____, 2013 pursuant to the foregoing stipulation, that the this civil forfeiture proceeding be stayed until the completion of the criminal proceedings in Mendocino County state court or until such earlier time as either party, or this Court, may request that the matter be heard.

IT IS FURTHER ORDERED that this matter continue for 90 days and is set for further status report on August 21, 2013.

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF
PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(g)
[No. CV 12-3839 DMR]                  3