MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CABN 242828)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California, 94102-3495
   Telephone: 415-436-6598
   Facsimile:   415-436-7234
   E-Mail: arvon.perteet@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$30,064.94 IN FUNDS SEIZED FROM ACCT # XXXXX08318; $8,298.00 IN FUNDS SEIZED FROM ACCT # XXXXX21933; $854.53 IN FUNDS SEIZED FROM ACCT # XXXXX60403, ALL FROM BANK OF AMERICA,<br><br>    Defendant. | **No. CV 12-3839 DMR**<br><br>**STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF PROCEEDINGS** |

    IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA and Claimant COAST EXPORTS, INC., through their respective counsel, that this matter be stayed.

    2. The parties have reached an agreement to settle the case and are reducing the terms to writing.

//

//

STIPULATION AND [PROPOSED] ORDER FOR FURTHER STAY OF PROCEEDINGS
[No. CV 12-3839 DMR]

3.  Pursuant to the above representations, the parties hereby stipulate and agree to stay this civil forfeiture proceeding 60 days pending presentation to the Court of the proposed Consent Order of Forfeiture.

IT IS SO STIPULATED:

Dated: August 21, 2013                MELINDA HAAG
                                      United States Attorney


                                       /S/  *Arvon J. Perteet*
                                      ARVON J. PERTEET
                                      Assistant United States Attorney
                                      Attorney for the United States of America


Dated: August 21, 2013                 /S/  *Gerard Lam*
                                      GERARD LAM
                                      Attorney for Claimant
                                      COAST EXPORTS, INC.


**ORDER**

IT IS SO ORDERED on this ___26th___ day of ___August___, 2013 pursuant to the foregoing stipulation, that the this civil forfeiture proceeding be stayed for 60 days pending presentation to the Court of the proposed Consent Order of Forfeiture.

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER FOR FURTHER STAY OF PROCEEDINGS
[No. CV 12-3839 DMR]